# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED NOV 0 8 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | Case No. 16CR2635-AJB |
|---|---|
| Plaintiff, | |
| vs. | |
| FRANCISCO ISMAEL GUTIERREZ-PIEDRA, | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 11/8/2017

Hon. Mitchell D. Dembin
United States Magistrate Judge